UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:19-cr-188-J-34JBT
Cts. 1-3:  8 U.S.C. § 1253(a)(1)

JOHN DOE
  a/k/a Freddie Lee Davis, Jr.
  a/k/a Frederick Davis
  a/k/a Dave Davis
  a/k/a Patrick Constantine Melbourne
  a/k/a Patrick Melburn
  a/k/a Joseph Gordon
  a/k/a Ricardo Noel Jones
  a/k/a Frank Victor Douglas
  a/k/a Danny Keith Brooks



FILED 2019 OCT 24 PM 3: 46
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 17, 2019, in Baker County, in the Middle District of Florida, the defendant,

JOHN DOE,
  a/k/a Freddie Lee Davis, Jr.,
  a/k/a Frederick Davis,
  a/k/a Dave Davis,
  a/k/a Patrick Constantine Melbourne,
  a/k/a Patrick Melburn,
  a/k/a Joseph Gordon,
  a/k/a Ricardo Noel Jones,
  a/k/a Frank Victor Douglas,
  a/k/a Danny Keith Brooks,

an alien in the United States, against whom a final order of removal from the United States was outstanding by reason of his being a member of one or more of the classes of aliens described in Title 8, United States Code, Section 1227(a), more specifically, the class of aliens described in Section 1227(a)(1)(A), having been, at the time of his entry into the United States, within a class of aliens inadmissible by the law existing at such time because he entered the United States without being inspected by an immigration officer, did willfully fail and refuse to make timely application in good faith for travel and other documents necessary to his departure from the United States and did willfully take action designed to prevent and hamper, and with the purpose of preventing and hampering, his departure pursuant to the final order of removal, and at the time of the offense he was a member of the class of aliens described in Section 1227(a)(2)(A)(iii), having been convicted of an aggravated felony after his entry into the United States.

In violation of Title 8, United States Code, Section 1253(a)(1).

### COUNT TWO

On or about June 20, 2019, in Baker County, in the Middle District of Florida, the defendant,

> JOHN DOE,
> a/k/a Freddie Lee Davis, Jr.,
> a/k/a Frederick Davis,

a/k/a Dave Davis,
a/k/a Patrick Constantine Melbourne,
a/k/a Patrick Melburn,
a/k/a Joseph Gordon,
a/k/a Ricardo Noel Jones,
a/k/a Frank Victor Douglas,
a/k/a Danny Keith Brooks,

an alien in the United States, against whom a final order of removal from the United States was outstanding by reason of his being a member of one or more of the classes of aliens described in Title 8, United States Code, Section 1227(a), more specifically, the class of aliens described in Section 1227(a)(1)(A), having been, at the time of his entry into the United States, within a class of aliens inadmissible by the law existing at such time because he entered the United States without being inspected by an immigration officer, did willfully fail and refuse to make timely application in good faith for travel and other documents necessary to his departure from the United States and did willfully take action designed to prevent and hamper, and with the purpose of preventing and hampering, his departure pursuant to the final order of removal, and at the time of the offense he was a member of the class of aliens described in Section 1227(a)(2)(A)(iii), having been convicted of an aggravated felony after his entry into the United States.

In violation of Title 8, United States Code, Section 1253(a)(1).

## COUNT THREE

On or about July 23, 2019, in Baker County, in the Middle District of Florida, the defendant,

>JOHN DOE,
>a/k/a Freddie Lee Davis, Jr.,
>a/k/a Frederick Davis,
>a/k/a Dave Davis,
>a/k/a Patrick Constantine Melbourne,
>a/k/a Patrick Melburn,
>a/k/a Joseph Gordon,
>a/k/a Ricardo Noel Jones,
>a/k/a Frank Victor Douglas,
>a/k/a Danny Keith Brooks,

an alien in the United States, against whom a final order of removal from the United States was outstanding by reason of his being a member of one or more of the classes of aliens described in Title 8, United States Code, Section 1227(a), more specifically, the class of aliens described in Section 1227(a)(1)(A), having been, at the time of his entry into the United States, within a class of aliens inadmissible by the law existing at such time because he entered the United States without being inspected by an immigration officer, did willfully fail and refuse to make timely application in good faith for travel and other documents necessary to his departure from the United States and did willfully take action designed to prevent and hamper, and with the purpose of preventing and hampering, his departure pursuant to the final order of removal, and at the time of the offense he was a

member of the class of aliens described in Section 1227(a)(2)(A)(iii), having been convicted of an aggravated felony after his entry into the United States.

In violation of Title 8, United States Code, Section 1253(a)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
10/22/19 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOHN DOE
a/k/a Freddie Lee Davis, Jr.
a/k/a Frederick Davis
a/k/a Dave Davis
a/k/a Patrick Constantine Melbourne
a/k/a Patrick Melburn
a/k/a Joseph Gordon
a/k/a Ricardo Noel Jones
a/k/a Frank Victor Douglas
a/k/a Danny Keith Brooks

## INDICTMENT

Violations: 8 U.S.C. § 1253(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 24th day of October, 2019.

_____
Clerk

Bail $ _____

GPO 863 525